■ STEPHEN T. DiMARCO et al., Respondents, v DAVID G. SPARKS et al., Appellants. (Appeal No. 2.) [624 NYS2d 986] —Order unanimously affirmed without costs. Same Memorandum as in *DiMarco v Sparks* (212 AD2d 965 [decided herewith]). (Appeal from Order of Supreme Court, Onondaga County, Murphy, J.—Summary Judgment.) Present—Denman, P. J., Balio, Fallon, Callahan and Davis, JJ.